JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCDADE, | Case No. CV 13-7503-CJC (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN R. PHILIP GUTIERREZ, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 9, 2016

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE